IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

PERRY LEE JACKSON, JR.
ADC #90614                                                              PLAINTIFF

v.                      No. 5:14-cv-315-DPM-HDY

MARK TAYLOR, Work Release Supervisor, Pine
Bluff Unit, ADC; MARK CASHION, Warden,
Pine Bluff Unit, ADC; SHARMON MCFADDEN,
Classification Officer, Delta Regional Unit, ADC; and
JOE PAGE, Deputy Warden, Grimes Unit, ADC         DEFENDANTS

ORDER

After *de novo* review, the Court adopts Magistrate Judge Young's recommendation. № 18; FED. R. CIV. P. 72(b)(3). Defendants' objection, № 20, is overruled. I'm not persuaded *Mitchell* should be followed here. Defendants' motion to dismiss, № 12, is denied.

So Ordered.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 January 2015