### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**PERRY LEE JACKSON, JR.**
**ADC #90614**                                                    **PLAINTIFF**

v.                          No. 5:14-cv-315-DPM-HDY

**MARK TAYLOR, Work Release Supervisor, Pine**
**Bluff Unit, ADC; MARK CASHION, Warden,**
**Pine Bluff Unit, ADC; SHARMON MCFADDEN,**
**Classification Officer, Delta Regional Unit, ADC; and**
**JOE PAGE, Deputy Warden, Grimes Unit, ADC**        **DEFENDANTS**

### ORDER

Unopposed recommendation, № 34, adopted. FED. R. CIV. P. 72(b)(3)

(1983 Addition to Advisory Committee Notes).  Defendants' motion, № 27,

is granted.  Jackson's motion, № 32, is denied.  An *in forma pauperis* appeal

would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 April 2015