IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

PERRY LEE JACKSON, JR.
ADC #90614                                                              PLAINTIFF

v.                        No. 5:14-cv-315-DPM

MARK TAYLOR, Work Release Supervisor, Pine
Bluff Unit, ADC; MARK CASHION, Warden,
Pine Bluff Unit, ADC; SHARMON MCFADDEN,
Classification Officer, Delta Regional Unit, ADC; and
JOE PAGE, Deputy Warden, Grimes Unit, ADC          DEFENDANTS

## JUDGMENT

Jackson's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
United States District Judge

13 April 2015